405 A.2d 548

Commonwealth v. Ritter, Appellant.

Submitted October 26, 1978. Dominick Motto, Assistant Public Defender, for appellant; Howard C. Klebe, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, SPAETH and MONTGOMERY, JJ.

Judgment of sentence is affirmed on the lower court opinion of President Judge Henderson.

405 A.2d 549

Commonwealth v. Yount, Appellant.

Submitted April 10, 1978. Donald Marsh, Assistant Public Defender, for appellant; Walter S. Vuckovich, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

PRICE and SPAETH, JJ., noted dissent.

JACOBS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.